UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERT B. ZUNIGA,<br><br>                    Plaintiff,<br><br>     v.<br><br>KING COUNTY, *et al.*,<br><br>                    Defendants. | Case No. C19-824 RSL-MLP<br><br>REPORT AND RECOMMENDATION |

This matter comes before the Court upon Plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff failed to sign the written consent for payment of costs on the application which is required under the local rules. (*Id.* at 2.) Additionally, Plaintiff states in his application that he has interest in property worth five billion dollars, specifically a patent. (*Id.*)

Because Plaintiff's application is deficient, and he represents that he has funds that would be sufficient to afford the filing fee, the Court recommends that Plaintiff's IFP application be DISMISSED with leave to amend within thirty (30) days. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit by no later than **fourteen (14)** days after the filing of this
3  Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure
4  to file objections within the specified time may affect your right to appeal. Objections should be
5  noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are
6  served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days
7  after service and filing of objections. If no timely objections are filed, the matter will be ready
8  for consideration by the District Judge on the date that objections were due.

9  This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
10 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
11 assigned District Judge acts on this Report and Recommendation.

12 Dated this 4th day of June, 2019.

13

14

15 MICHELLE L. PETERSON
   United States Magistrate Judge
16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2