UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERT B. ZUNIGA,

    Plaintiff,

v.

KING COUNTY, *et al.*,

    Defendants.

Case No. C19-824 RSL

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Plaintiff's IFP application is DISMISSED with leave to amend within thirty (30) days from the date of this Order.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 12th day of July, 2019.

ROBERT S. LASNIK
United States District Judge

ORDER - 1