UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERT B. ZUNIGA,

                Plaintiff,

    v.

KING COUNTY, *et al.*,

               Defendants.

Case No. C19-824 RSL

REPORT AND RECOMMENDATION

Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 6.) While Plaintiff signed the written consent for payment of costs on the application, thereby curing the deficiency in his first IFP application (dkt. # 1), he failed to sign the instant application under penalty of perjury. (Dkt. # 6 at 2.) Plaintiff also failed to answer all the application's questions. (*Id.* at 1.) Additionally, Plaintiff failed to provide any description of his monthly expenses, and instead indicated expenses were not applicable. (*Id.* at 2.) Therefore, it appears Plaintiff receives a $1,200 monthly, as stated in his application, with no monthly expenses. (*Id.*) Because Plaintiff's application is deficient, and it appears he has sufficient funds to pay the requisite filing fee, the Court recommends that Plaintiff's IFP application (dkt. # 6) be DENIED and that he be directed to pay the filing fee in this case. If

REPORT AND RECOMMENDATION - 1

1  Plaintiff does not pay the filing fee, the Court recommends this case be dismissed without
2  prejudice.
3       A proposed order accompanies this Report and Recommendation. Objections to this
4  Report and Recommendation, if any, should be filed with the Clerk no later than **September 2,**
5  **2019**. Objections shall not exceed twelve pages. Failure to file objections within the specified
6  time may affect your right to appeal. Objections should be noted for consideration on the District
7  Judge's motion calendar **fourteen (14)** days after they are filed. If no timely objections are filed,
8  the matter will be ready for consideration by the District Judge on the date that objections were
9  due.
10       This Report and Recommendation is not an appealable order. Thus, a notice of appeal
11  seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
12  assigned District Judge acts on this Report and Recommendation.
13       Dated this 19th day of August, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2