UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERT B. ZUNIGA,

                Plaintiff,

    v.

KING COUNTY, *et al.*,

               Defendants.

Case No. C19-0824RSL

ORDER ADOPTING THE REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, plaintiff's request for pro bono mediation and application for court-appointed counsel, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Plaintiff's IFP application (Dkt. # 6) is DENIED.

(3)     Plaintiff shall pay the required filing fee to the Clerk of the Court within thirty (30) days of the date of this Order.

//

//

1 | The Clerk is directed to send copies of this Order to the Plaintiff and to Judge Peterson.

2 | Dated this 24th day of September, 2019.

*ROBERT S. LASNIK*
United States District Judge