UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERT B. ZUNIGA,

          Plaintiff,

    v.

KING COUNTY, *et al.*,

          Defendants.

Case No. C19-0824RSL

ORDER

On September 24, 2019, the Court adopted the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and denied plaintiff's request to proceed in forma pauperis. His complaint was, therefore, not accepted and there is no case pending before the Court. Unless and until plaintiff timely pays the filing fee and this action commences, plaintiff's various requests for relief (Dkt. #7 (pro bono mediation), #10 (appointment of counsel), and #12 (preliminary injunctive relief)) will not be considered.

Dated this 2nd day of October, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 1