UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERT B. ZUNIGA, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, *et al.*, <br><br> Defendant. | NO. C19-0824RSL <br><br> ORDER OF DISMISSAL |

This matter comes before the Court *sua sponte*. On September 24, 2019, the Court rejected plaintiff's deficient *in forma pauperis* application and required him to pay the filing fee within thirty days of the date of the Order. Dkt. # 11. No filing fee having been paid, this matter is hereby DISMISSED without prejudice. The Clerk of Court is directed to close this case.

Dated this 30th day of October, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1